United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Racliff Sergio Gonzalez Correa, Petitioner, | ) ) ) ) |
| v. | ) ) Civil Action No. 18-24552-Civ-Scola ) |
| United States Attorney General, and others, Respondents. | ) ) ) |

## Order Adopting Magistrate Judge's Report and Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On November 5, 2018, Judge White issued a report (ECF No. 3) recommending that Petitioner Racliff Sergio Gonzalez Correa's petition for a writ of habeas corpus under 28 U.S.C. § 2241 be transferred to the Middle District of Florida, since the Petitioner is being detained there. The Petitioner has not filed any objections and the time to do so has long passed.

Upon review of Judge White's Report, the record, and the relevant legal authorities, the Court **affirms and adopts** Judge White's report and recommendation (**ECF No. 3**). The Court directs the Clerk to **transfer** this case to the United States District Court for the Middle District of Florida. Thereafter, the Clerk shall **close** this case.

**Done and ordered**, at Miami, Florida, on December 21, 2018.

_____
Robert N. Scola, Jr.
United States District Judge